UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL CORWIN,<br><br>              Plaintiff,<br><br>      v.<br><br>Commissioner of Social Security,<br><br>              Defendants. | No.  1:25-cv-00898-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br>(ECF No. 23) |

As stipulated, ECF No. 23, **IT IS ORDERED** that fees and expenses in the amount of $10,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  __**May 15, 2026**__              _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE

1